UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eann C. Beatty,

    Plaintiff,

v.                                                Case No. 10-12034

Commissioner of Social Security,        Honorable Sean F. Cox

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Plaintiff brought this action under 42 U.S.C. §405(g), seeking judicial review of the Commissioner's unfavorable decision disallowing benefits. Thereafter, both parties filed motions, which were referred to Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. §636(b). On September 2, 2011, Magistrate Judge Hluchaniuk issued his R&R, wherein he recommends that: 1) Plaintiff's Motion for Summary Judgment be granted; 2) Defendant's Motion for Summary Judgment be denied; and 3) that this matter be remanded for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.

1

The Court hereby ADOPTS the September 2, 2011 R&R. IT IS ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED and Defendant's Motion for Summary Judgment is DENIED. It is FURTHER ORDERED that this matter is REMANDED for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: September 22, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 22, 2011, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager